# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| JEREMIAH PACKARD ) | 20-mj- 114-01-AJ |
| ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    April 2020 through June 2020   in the county of    Cheshire, NH    in the    District of    New Hampshire  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §846 | Conspiracy to Possess with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

Affidavit of Special Agent Benjamin Slocum

☑ Continued on the attached sheet.

/s/ Benjamin Slocum
*Complainant's signature*

Benjamin Slocum, SA ICE HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by (specify reliable electronic means).

Date: **Jun 9, 2020**

*Andrea K. Johnstone*
*Judge's signature*

City and state:    Concord, New Hampshire          Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*